FILED

08/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0126

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 22-0030

WAYNE W. FIBKE, SPIRITS FLORIDA, INC., JIM
EDWARDS, and J.E. REAL ESTATE HOLDING, INC.,

      Plaintiffs and Appellants,

   v.

KIP K HOLDING COMPANY, LLC, d/b/a Precious
Vodka, a/k/a Precious Vodka Spirits, a Montana
limited liability Company; CLIFFORD "KIP" KIMERLY,
and JOHN DOES I-V,

      Defendants and Appellees..

---

## ORDER

---

Upon consideration of Appellants' unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including September 20, 2023, within which to prepare, file, and serve the Reply Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 28 2023